IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Scott N. Johnson, | ) | 2:10-cv-01538-GEB-DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | (PRETRIAL SCHEDULING) |
| 1950 Quail Ridge, LLC, a | ) | CONFERENCE |
| California Limited Liability | ) | |
| Company, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff states in his status report filed October 4, 2010, "Defendants have been served, but have not answered. A Request for Clerk's Entry of Default has been filed. Plaintiff has received the Clerk's Entry of Default and has mailed [sic] to Defendants."(ECF No. 10, 2:12-16.)

However, Plaintiff fails to state when he will file a motion for default judgment. Therefore, Plaintiff shall file a motion for entry of default judgment within thirty days of the date on which this Order is filed. Further, the status conference scheduled for October 18, 2010, is continued to February 14, 2011, at 9:00 a.m. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default

proceedings. Alternatively, if Plaintiff fails to file a motion for entry of default judgment as stated above, he shall explain why this case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:  October 12, 2010

GARLAND E. BURRELL, JR.
United States District Judge